JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dawn Malakuskie and Richard Malakuskie

## DEFENDANTS
Bo R. Lee and Perfect Trading, Inc.

**(b)** County of Residence of First Listed Plaintiff   Union County, NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   New York, New York
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jessica R. Bland, Esq., Levinson Axelrod, P.A., P.O.
Box 2905, Edison, NJ 08818 - 732-494-2727

Attorneys *(If Known)*
E. Michael Garrett, Jr., Esq., Barrett Lazar, LLC, 145 W.
Passaic St., Maywood, NJ 07607 - 201-843-5900

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332; 28 U.S.C. 1441 (a) and (b)
Brief description of cause:
Personal Injury/Motor Vehicle

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
09/17/2021

SIGNATURE OF ATTORNEY OF RECORD
*(signature)*

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

E. Michael Garrett, Jr. (8913)
BARRETT LAZAR, LLC
145 West Passaic Street
Maywood, New Jersey  07607
Tel.: 201-843-5900
Attorneys for Defendants,
BO R. LEE and PERFECT TRADING, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------X

DAWN MALAKUSKIE and RICHARD
MALAKUSKIE, her husband

                              Civil Action No.

                    Plaintiffs,

                                          **NOTICE OF FILING OF**
       vs.                                **NOTICE OF REMOVAL**

BO R. LEE, PERFECT TRADING, INC.,
JOHN DOES 1-10 & ABC CORPORATIONS
1-10, et al.

                    Defendants.
-----------------------------------------------------X

TO:    Jessica R. Bland, Esq.
       Levinson Axelrod, P.A.
       2 Lincoln Highway
       P.O. Box 2905
       Edison, New Jersey 08818
       **Attorney for Plaintiff**

S I R S:

       PLEASE TAKE NOTICE, that defendants, Bo R. Lee and Perfect Trading, Inc., in the

above-entitled action, have on this 17th day of September, 2021, removed this action to the

Newark Vicinage of the United States District Court for the District of New Jersey, by filing a

Notice of Removal, a copy of which is annexed hereto, in the Office of the Clerk of the United

States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey

07102, and in the Office of the Clerk of the Superior Court of New Jersey, County of Middlesex,

at 56 Paterson Street, New Brunswick, New Jersey.

BARRETT LAZAR, LLC
Attorneys for Defendants,
BO R. LEE and PERFECT TRADING, INC

By: _____

Dated:  September 17, 2021

E. Michael Garrett, Jr. (8913)

E. Michael Garrett, Jr. (021431996)
BARRETT LAZAR, LLC
145 West Passaic Street
Maywood, New Jersey 07607
Tel.: 201-843-5900
Attorneys for Defendants,
BO R. LEE and PERFECT TRADING, INC.
------------------------------------------------------X

DAWN MALAKUSKIE and RICHARD
MALAKUSKIE, her husband

                  Plaintiffs,

    vs.

BO R. LEE, PERFECT TRADING, INC.,
JOHN DOES 1-10 & ABC CORPORATIONS
1-10, et al.

                  Defendants.
------------------------------------------------------X

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION–MIDDLESEX COUNTY
DOCKET NO.: MID-L-4841-21

CIVIL ACTION

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. Sections 1441 and 1446, defendants, Bo R. Lee And Perfect

Trading, Inc., hereby remove this action from the Superior Court of the State of New Jersey,

County of Middlesex, Docket No. MID-4841-21, to the Newark Vicinage - United States District

Court for the District of New Jersey.

    1.      This Court has original jurisdiction over this action, pursuant to 28 U.S.C. Section

1332, on the ground that there is diversity of citizenship between the parties and the amount in

controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

    2.      Upon information and belief, Plaintiffs, Dawn Malakuskie and Richard

Malakuskie reside at 417 Birchwood Road, in the Municipality of Linden, County of Union,

State of New Jersey.  (See Complaint, attached hereto as **Exhibit A).**

3.      Plaintiff commenced this action by filing a Complaint, dated August 14, 2021, in the Superior Court of the State of New Jersey, County of Middlesex, against defendants, Bo R. Lee and Perfect Trading, Inc. (**Exhibit A**).

4.      A Summons and Complaint were served on defendant, Bo R. Lee, on or about August 21, 2021 via Process Server.  (See copy of the Summons and Complaint and the service of process transmittal, annexed hereto collectively as **Exhibit B**).

5.      Defendant Bo R. Lee resides at 120 Elizabeth Street, Apt. 3B, in New York, New York 10013.  (See police report, attached hereto as **Exhibit C**).

6.      Defendant, Perfect Trading, Inc. is incorporated in the State of New York and has a principle place of business located at 808 Bay Ridge Avenue, Brooklyn, New York 11220-5710.  (See Entity Information from the New York Department of State Division of Corporations website, attached hereto as **Exhibit D**).

7.      As of this date, defendant, Perfect Trading, Inc. has not been served with the Summons and Complaint.

8.      Upon information and belief, the amount in controversy exceeds the sum of $75,000.00 wherein plaintiffs seek recovery of medical expenses, lost time at work, future expenses, plus consequential damages, exclusive of interest and other costs.  Therefore, this action is removable under 28 U.S.C. Section 1441(a), as one over which the U.S. District Court has original jurisdiction pursuant to 28 U.S.C. Section 1332(a).

9.      This Notice of Removal is filed within thirty (30) days of defendant's receipt of the Complaint, by service or otherwise, and is, therefore, timely filed pursuant to 28 U.S.C. Section 1446(b).

9.      Written notice of the filing of this Notice of Removal has been served on plaintiffs' counsel and a copy of this Notice has been forwarded for filing with the Office of the Clerk of the Superior Court of the State of New Jersey, County of Middlesex, at 56 Paterson Street, New Brunswick, New Jersey, to effect the removal of this action to the United States District Court, pursuant to 28 U.S.C. Section 1446(d).

WHEREFORE, Defendants, Bo R. Lee and Perfect Trading, Inc., request that the matter be removed from the Superior Court of the State of New Jersey, County of Middlesex, to this Honorable Court.

BARRETT LAZAR, LLC
Attorneys for Defendants,
BO R. LEE and PERFECT TRADING, INC.

By: _____

Dated:  September 17, 2021                E. Michael Garrett, Jr. (8913)

**Exhibit A**

**JESSICA R. BLAND, Esq. (#02893-2011)**
**Levinson Axelrod, P.A.**
2 Lincoln Highway, P.O. Box 2905
Edison, NJ 08818
T: (732) 494-2727
F: (732) 494-2712
jbland@njlawyers.com
*Attorneys for Plaintiffs Dawn Malakuskie and Richard Malakuskie*

|  |  |
|---|---|
| **DAWN MALAKUSKIE and RICHARD MALAKUSKIE, her husband,**<br><br>Plaintiff,<br><br>v.<br><br>**BO R. LEE, PERFECT TRADING, INC., JOHN DOES 1-10 & ABC CORPORATIONS 1-10, et al.**<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – MIDDLESEX COUNTY<br>DOCKET NO.  MID-L-<br><br>Civil Action<br><br>COMPLAINT, JURY DEMAND, DESIGNATION OF TRIAL ATTORNEY, DEMAND FOR INSURANCE INFORMATION, NOTICE TO PRODUCE, DEMAND FOR ANSWERS TO UNIFORM C AND C(1) INTERROGATORIES |

Plaintiffs, **DAWN MALAKUSKIE** and **RICHARD MALAKUSKI, Plaintiff's husband,**

residing at 417 Birchwood Road, in the Municipality of Linden, New Jersey deposes and says that:

## FIRST COUNT

1.      On or about **September 24, 2019**, the plaintiff, **DAWN MALAKUSKIE**, was the

driver of an automobile which was exiting eastbound from the New Jersey Turnpike after proceeding

through the Toll Plaza located at and/or near **Interchange 14 IE** in the City of Newark, New Jersey.

2.      At the time and place aforesaid, the defendant, **BO R. LEE** was the driver of tractor

trailer which was owned and operated by Defendant **PERFECT TRADING, INC.**, who does

business throughout the State of New Jersey including Middlesex County.  In the moments prior to

the collision with Plaintiff's vehicle, the tractor trailer was exiting east out of the New Jersey Turnpike

Toll Plaza located at Interchange 14 IE on in the City of Newark, New Jersey.

1

3.    At the time and place aforesaid, the defendant, **BO R. LEE**, was negligent and careless in the operation, maintenance, and/or control of their vehicle so as to strike and collide with the vehicle being operated by the plaintiff, **DAWN MALAKUSKIE**.

4.    As a direct and proximate result of the negligence of defendant, **BO R. LEE**, in the operation, control, maintenance and/or supervision of said motor vehicle, a collision occurred and the plaintiff was caused to sustain permanent injuries. Plaintiff was caused to suffer pain and will in the future be caused to suffer pain; she was caused to lose time from her employment and will, in the future, be caused to lose time from her employment; she was caused to incur medical expenses and will, in the future be caused to incur medical expenses and a workers compensation lien; she has been and will be in the future be disabled and prevented from attending to her necessary affairs and business.

**WHEREFORE**, the plaintiff, **DAWN MALAKUSKIE**, demands judgment against the defendant, **BO R. LEE** for damages, interest and costs of suit.

## SECOND COUNT

1.    Plaintiff, **DAWN MALAKUSKIE**, repeats and realleges the allegations of the First Count of the Complaint as if more fully set forth at length herein.

2.    At the time and place aforesaid, the defendant, **PERFECT TRADING, INC.**, was the owner of a commercial tractor trailer truck, which negligently entrusted it commercial vehicle to defendant operator, **BO R. LEE**.

3.    As a direct and proximate result of the negligence of defendant, **PERFECT TRADING, INC.**, in the ownership, entrustment, operation, control, maintenance, repairs, and/or supervision of said motor vehicle, a collision occurred and the plaintiff **DAWN MALAKUSKIE** was caused to sustain permanent injuries. Plaintiff was caused to suffer pain and will in the future be caused to suffer pain; she was caused to lose time from her employment and will, in the future, be

caused to lose time from her employment; she was caused to incur medical expenses and a workers compensation lien and will, in the future be caused to incur medical expenses; she has been and will be in the future be disabled and prevented from attending to her necessary affairs and business.

**WHEREFORE**, the plaintiff, **DAWN MALAKUSKIE**, demands judgment against the defendant owner of the subject commercial vehicle, **PERFECT TRADING, INC.**, for damages, interest and costs of suit.

## THIRD COUNT

1.      Plaintiff, **DAWN MALAKUSKIE**, repeats and realleges each and every allegation contained in the First and Second Counts and makes them a part herein.

2.      At all times hereto, the plaintiff, **RICHARD MALAKUSKIE**, is the husband of the plaintiff, **DAWN MALAKUSKIE**.

3.      As a result of the injuries sustained by the plaintiff, **DAWN MALAKUSKIE**, plaintiff, **RICHARD MALAKUSKIE**, has, and in the future, will be caused to expend monies for medical treatment of the plaintiff; has and in the future will suffer the loss of services and society of the plaintiff, **DAWN MALAKUSKIE**.

**WHEREFORE**, plaintiff, **RICHARD MALAKUSKIE**, demands judgment against the defendants **BO R. LEE, PERFECT TRADING, INC., JOHN DOES 1-10 & ABC CORPORATIONS 1-10**, jointly, severally or in the alternative, for damages, interest and costs of suit.

## FOURTH COUNT

1.      Plaintiff, **DAWN MALAKUSKIE**, repeats and realleges the allegations of the First, Second and Third Counts of the Complaint as if more fully set forth at length herein.

3

2.     At the time and place aforesaid **JOHN DOES 1-10** and **ABC CORPORATIONS 1-10**, negligently and/or carelessly operated, owned, maintained, controlled and/or supervised said motor vehicle and as a direct result of said negligence, caused the collision at issue herein.

3.     As a direct and proximate result of the negligence of the defendant, **JOHN DOES 1-10** and **ABC CORPORATIONS 1-10**, the plaintiff, **DAWN MALAKUSKIE**, was caused to sustain severe, serious and permanent injuries. Plaintiff was caused to suffer pain and anguish and will in the future be caused to suffer pain and anguish; they were caused to lose time from her employment and will, in the future, be caused to lose time from her employment; she was caused to incur medical expenses and will, in the future be caused to incur medical expenses; she has been and will be in the future be disabled and prevented from attending to her necessary affairs and business.

**WHEREFORE,** the plaintiff, **DAWN MALAKUSKIE**, demands judgment against the defendants, **JOHN DOES 1-10** and **ABC CORPORATIONS 1-10**, individually, jointly and severally and in the alternative for damages, interest and costs of suit.

## FIFTH COUNT

1.     Plaintiff, **DAWN MALAKUSKIE**, repeats and realleges the allegations of the First, Second, Third and Fourth Counts of the Complaint as if more fully set forth at length herein.

2.     The plaintiff herein alleges that there was a breach of *N.J.S.A.* 39:4-1, *et seq.* and other regulations and that constitutes a statutory tort.

**WHEREFORE,** the plaintiff, **DAWN MALAKUSKIE** demands judgment against the defendants, **BO R. LEE, PERFECT TRADING, INC., JOHN DOES 1-10 & ABC CORPORATIONS 1-10**, jointly, severally, or in the alternative for damages, interest and costs of suit.

## JURY DEMAND

Plaintiff puts all parties on notice of a demand for trial by jury as to all issues.

4

## DESIGNATION OF TRIAL COUNSEL

Plaintiff hereby designates JESSICA R. BLAND, Esq. as trial counsel in the above captioned litigation pursuant to *Rule* 4:25-4.

## CERTIFICATION OF NO OTHER ACTIONS

The undersigned hereby certifies that this matter is not the subject matter of any other suit, pending or contemplated, in any other court or arbitration proceeding.

## NOTICE TO PRODUCE DOCUMENTS

Pursuant to *Rule* 4:18-1, the plaintiff hereby demands that each of the defendants produce the following documentation within thirty-five (35) days as prescribed by the Rules of Court. Additionally, please be advised that the following requests are ongoing and continuing in nature and the defendants are therefore required to continuously update its response thereto as new information or documentation comes into existence.

1. Copies or duplicates of any and all photographs, motion pictures, video, films, drawings, diagrams, sketches or other reproductions, descriptions or accounts concerning the individuals involved in the incident in question, the property damage sustained, the accident scene, or anything else relevant to the incident in question. Original digital media should be emailed (unedited, uncompressed in the original file format) to jbland@njlawyers.com and uabbas@njlawyers.com

2. Copies of any recordings, whether by mechanical or electronic means, of any statements made by any party to this action, any witness, or any other individual, businesses, corporation, investigative authority or other entity concerning anything relevant to the crash in question.

3. Copies of all signed or unsigned statements, documents, communications, and/or transmissions, whether in writing, made orally or otherwise recorded by any mechanical or electronic means, made by any party to this action, any witness, or any other individual, businesses, corporation, investigative authority or other entity concerning anything relevant to the incident in question.

4. Copies of any and all documentation, including but not limited to, safety manuals, statutes, rules, regulations, books, and/or industry standards which refer to, reflect or otherwise relate to the incident in question or any potential defense to the action in question.

5. Copies of any and all discovery received from any other parties to the action in question.

5

6.      Copies of any and all reports on the plaintiff received by the defendants, or any other party to this suit, from either the Central Index Bureau (C.I.B), I.S.O. ClaimSearch or from any other source.

7.      Copies of any and all medical information and/or documentation concerning the plaintiff in this matter whether it concerns any medical condition of the plaintiff in this matter; whether it concerns any medical condition or treatment which took place before, during or after the time of the incident in question.

8.      Copies of any and all records of any type subpoenaed by the defendants BO R. LEE and PERFECT TRADING, INC. or received from any other source concerning the plaintiff or the incident in question.

9.      A list of all passengers in defendant BO R. LEE'S vehicle, including names, relationship to defendant, address on September 24, 2019 and whether or not the individual is represented by counsel in this matter.

10.     A list of all cell phone numbers used by defendant BO R. LEE on September 24, 2019 as well as the carriers providing service for said line.

11.     A list of all resident relatives of defendant BO R. LEE on September 24, 2019.

12.     A list of all vehicles registered to defendant BO R. LEE'S residence on September 24, 2019.

13.     A corresponding list of all insurance policies covering the vehicles listed in response to NTP #13.

14.     Any and all treaties, articles, medical journals, literature or other documents which defense intends to rely upon at the time of trial in defending the claim of damages.

## NOTICE TO PRODUCE INSURANCE INFORMATION PURSUANT TO RULE 4:10-2(b) TO PRIMARY INSURANCE POLICIES, AND EXCESS/UMBRELLA POLICIES

1.      Pursuant to Rule 4:10-2(b), demand is made that each of the Defendants disclose to the undersigned whether any insurance agreements or policies exist under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment. This demand includes and covers not only primary coverage, but also any umbrella, excess, catastrophe policies, without limitation.

6

2.      Pursuant to Rule 4:10-2(b), demand is further made that a copy of each applicable policy and/or agreement be provided to the undersigned including the policy/agreement number, name and address of insurer or issuer, coverage dates, names and addresses of all persons insured thereunder, personal injury limits, property damage limits, and medical payments limits.

## **DEMAND FOR ANSWER TO UNIFORM FORM (C) AND C(1) INTERROGATORIES**

Demand is hereby made upon each of the defendants to answer fully and responsively Form C and Form C(1) Uniform Interrogatories, found in Appendix II as provided by Rule 4:17-1(b)(ii) and other applicable Rules of Court.

**LEVINSON AXELROD, P.A.**
*Attorneys for the Malakuskie Plaintiffs*

JESSICA R. BLAND, Esq.

Dated: August 14, 2021

7

# Civil Case Information Statement

## Case Details: MIDDLESEX | Civil Part Docket# L-004841-21

**Case Caption:** MALAKUSKIE DAWN VS LEE BO

**Case Initiation Date:** 08/14/2021

**Attorney Name:** JESSICA RACHELLE BLAND

**Firm Name:** LEVINSON AXELROD

**Address:** 2 LINCOLN HIGHWAY P.O BOX 2905 EDISON NJ 08818

**Phone:** 7324942727

**Name of Party:** PLAINTIFF : Malakuskie, Dawn

**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)

**Document Type:** NJ eCourts Case Initiation Confirmation

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Dawn Malakuskie?** NO

**Are sexual abuse claims alleged by: Richard Malakuskie?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
      **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
      **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/14/2021
Dated

/s/ JESSICA RACHELLE BLAND
Signed

MID-L-004841-21 08/14/2021 12:56:27 PM Pg 2 of 2 Trans ID: LCV20211822046

**Exhibit B**

# Levinson Axelrod P.A.

### ATTORNEYS AT LAW

2 Lincoln Highway, P.O. Box 2905, Edison, NJ 08818
T: (732) 494-2727 F: (732) 494-2712
jbland@njlawyers.com

August 21, 2021

In Memoriam
Jacob Levinson
(1934-1988)
Robert J. Axelrod
(1961-2000)
Alfred A. Levinson
(1948-2006)

Partners
Richard J. Levinson
Richard J. Marcolus **
James J. Dunn *
Mack V. Kuminski *
Adam L. Rothenberg *
Brett R. Greiner *
Kimberly L. Gozsa *
Michael B. Fusco *
Todd D. Wachtel **
Robert Y. Cook *
Matthew P. Pietrowski *
Patrick J. Flinn *
Kathleen M. DiGiovanni *

Associates
Rosemary E. McGeady, M.D.
Roberto Benites
Celine M. Vitale
Christopher A. DeAngelo
Kelley W. Lavery
Jessica R. Bland
Michael N. Colacci
David T. Ferrara
Steven J. Rogers, Jr.
Benjamin J. Katz

Of Counsel
Ronald B. Grayzel *
Patrick R. Caulfield **
Jefferson T. Barnes *

* Certified Civil Trial Attorney
** Certified Workers' Comp. Attorney

**VIA PROCESS SERVER**
Bo R. Lee
120 Elizabeth Street
Apt. 3B
New York, NY 10013

Re: **Malakuskie v. Lee, et al.**
**Docket No.: MID-L-4841-21**

Dear Mr. Lee:

Enclosed herein please find a copy of the *Summons and Complaint, Tracking & Assignment Notice* and *Demand for Discovery of Insurance Coverage* in connection with the above matter.

Service is being made upon you by virtue of *N.J. Rule* 4:4-4(c).

Under the laws of New Jersey, you have thirty-five (35) days in which to file an Answer to said Complaint or a default judgment may be entered against you. I suggest you turn these papers over to your insurance carrier or personal attorney.

Very truly yours,

*Jessica R. Bland*
JESSICA R. BLAND, Esq.

JRB/jv
Enclosures

Tax ID # 22-2283838          Additional offices in Belford, Brick, Flemington, Forked River, Howell, Jamesburg, Raritan and Rockaway

JESSICA R. BLAND, Esq. (#02893-2011)
Levinson Axelrod, P.A.
2 Lincoln Highway, P.O. Box 2905
Edison, NJ 08818
T: (732) 494-2727
F: (732) 494-2712
*Attorneys for Plaintiff Dawn Malakuskie*

| | |
|---|---|
| **DAWN MALAKUSKIE and RICHARD MALAKUSKIE, her husband,** | SUPERIOR COURT OF NEW JERSEY LAW DIVISION – MIDDLESEX COUNTY DOCKET NO.  MID-L-4841-21 |
| Plaintiff, | |
| v. | Civil Action |
| **BO R. LEE, PERFECT TRAINING, INC., JOHN DOE 1-10 & ABC CORPORATIONS 1-10, et al.** | **CIVIL ACTIONS SUMMONS** |
| Defendants. | |

From The State of New Jersey To The Defendant(s) Named Above:

**Bo R. Lee**

The plaintiff, Dawn Malakuskie, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in Middlesex County within 35 days from the date you received this summons, not counting the date you received it. A directory of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at https://www.judiciary.state.nj.us/forms/10153_deptyclerklawref.pdf. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to JESSICA R. BLAND, Esq., Levinson Axelrod, P.A., 2 Lincoln Highway, P.O. Box 2905, Edison, NJ 08818. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at https://www.judiciary.state.nj.us/forms/10153_deptyclerklawref.pdf.

*/s/ Michelle M. Smith*

Clerk of the Superior Court

Dated: August 21, 2021

**Name of Defendant to be Served: Bo R. Lee**

**Address of Defendant to be Served: 120 Elizabeth Street. Apt. 3B, New York, NY 10013**

## Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House—1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 236-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 691-0494

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(908) 859-4300
LEGAL SERVICES
(908) 475-2010

JESSICA R. BLAND, Esq. (#02893-2011)
Levinson Axelrod, P.A.
2 Lincoln Highway, P.O. Box 2905
Edison, NJ 08818
T: (732) 494-2727
F: (732) 494-2712
jbland@njlawyers.com
*Attorneys for Plaintiffs Dawn Malakuskie and Richard Malakuskie*

| | | |
|---|---|---|
| **DAWN MALAKUSKIE and RICHARD MALAKUSKIE, her husband,** | : | SUPERIOR COURT OF NEW JERSEY LAW DIVISION – MIDDLESEX COUNTY DOCKET NO.  MID-L- |
| Plaintiff, | : | Civil Action |
| v. | : | COMPLAINT, JURY DEMAND, DESIGNATION OF TRIAL ATTORNEY, DEMAND FOR INSURANCE INFORMATION, NOTICE TO PRODUCE, DEMAND FOR ANSWERS TO UNIFORM C AND C(1) INTERROGATORIES |
| **BO R. LEE, PERFECT TRADING, INC., JOHN DOES 1-10 & ABC CORPORATIONS 1-10, et al.** | : | |
| Defendants. | : | |

Plaintiffs, **DAWN MALAKUSKIE** and **RICHARD MALAKUSKI, Plaintiff's husband,**

residing at 417 Birchwood Road, in the Municipality of Linden, New Jersey deposes and says that:

## FIRST COUNT

1.       On or about **September 24, 2019,** the plaintiff, **DAWN MALAKUSKIE,** was the

driver of an automobile which was exiting eastbound from the New Jersey Turnpike after proceeding

through the Toll Plaza located at and/or near **Interchange 14 IE** in the City of Newark, New Jersey.

2.       At the time and place aforesaid, the defendant, **BO R. LEE** was the driver of tractor

trailer which was owned and operated by Defendant **PERFECT TRADING, INC.,** who does

business throughout the State of New Jersey including Middlesex County.  In the moments prior to

the collision with Plaintiff's vehicle, the tractor trailer was exiting east out of the New Jersey Turnpike

Toll Plaza located at Interchange 14 IE on in the City of Newark, New Jersey.

1

3.     At the time and place aforesaid, the defendant, **BO R. LEE**, was negligent and careless in the operation, maintenance, and/or control of their vehicle so as to strike and collide with the vehicle being operated by the plaintiff, **DAWN MALAKUSKIE**.

4.     As a direct and proximate result of the negligence of defendant, **BO R. LEE**, in the operation, control, maintenance and/or supervision of said motor vehicle, a collision occurred and the plaintiff was caused to sustain permanent injuries. Plaintiff was caused to suffer pain and will in the future be caused to suffer pain; she was caused to lose time from her employment and will, in the future, be caused to lose time from her employment; she was caused to incur medical expenses and will, in the future be caused to incur medical expenses and a workers compensation lien; she has been and will be in the future be disabled and prevented from attending to her necessary affairs and business.

**WHEREFORE**, the plaintiff, **DAWN MALAKUSKIE**, demands judgment against the defendant, **BO R. LEE** for damages, interest and costs of suit.

## SECOND COUNT

1.     Plaintiff, **DAWN MALAKUSKIE**, repeats and realleges the allegations of the First Count of the Complaint as if more fully set forth at length herein.

2.     At the time and place aforesaid, the defendant, **PERFECT TRADING, INC.**, was the owner of a commercial tractor trailer truck, which negligently entrusted it commercial vehicle to defendant operator, **BO R. LEE**.

3.     As a direct and proximate result of the negligence of defendant, **PERFECT TRADING, INC.**, in the ownership, entrustment, operation, control, maintenance, repairs, and/or supervision of said motor vehicle, a collision occurred and the plaintiff **DAWN MALAKUSKIE** was caused to sustain permanent injuries. Plaintiff was caused to suffer pain and will in the future be caused to suffer pain; she was caused to lose time from her employment and will, in the future, be

2

caused to lose time from her employment; she was caused to incur medical expenses and a workers compensation lien and will, in the future be caused to incur medical expenses; she has been and will be in the future be disabled and prevented from attending to her necessary affairs and business.

WHEREFORE, the plaintiff, DAWN MALAKUSKIE, demands judgment against the defendant owner of the subject commercial vehicle, PERFECT TRADING, INC., for damages, interest and costs of suit.

## THIRD COUNT

1.      Plaintiff, DAWN MALAKUSKIE, repeats and realieges each and every allegation contained in the First and Second Counts and makes them a part herein.

2.      At all times hereto, the plaintiff, RICHARD MALAKUSKIE, is the husband of the plaintiff, DAWN MALAKUSKIE.

3.      As a result of the injuries sustained by the plaintiff, DAWN MALAKUSKIE, plaintiff, RICHARD MALAKUSKIE, has, and in the future, will be caused to expend monies for medical treatment of the plaintiff; has and in the future will suffer the loss of services and society of the plaintiff, DAWN MALAKUSKIE.

WHEREFORE, plaintiff, RICHARD MALAKUSKIE, demands judgment against the defendants BO R. LEE, PERFECT TRADING, INC., JOHN DOES 1-10 & ABC CORPORATIONS 1-10, jointly, severally or in the alternative, for damages, interest and costs of suit.

## FOURTH COUNT

1.      Plaintiff, DAWN MALAKUSKIE, repeats and realleges the allegations of the First, Second and Third Counts of the Complaint as if more fully set forth at length herein.

3

2.      At the time and place aforesaid **JOHN DOES 1-10** and **ABC CORPORATIONS 1-10**, negligently and/or carelessly operated, owned, maintained, controlled and/or supervised said motor vehicle and as a direct result of said negligence, caused the collision at issue herein.

3.      As a direct and proximate result of the negligence of the defendant, **JOHN DOES 1-10** and **ABC CORPORATIONS 1-10**, the plaintiff, **DAWN MALAKUSKIE**, was caused to sustain severe, serious and permanent injuries. Plaintiff was caused to suffer pain and anguish and will in the future be caused to suffer pain and anguish; they were caused to lose time from her employment and will, in the future, be caused to lose time from her employment; she was caused to incur medical expenses and will, in the future be caused to incur medical expenses; she has been and will be in the future be disabled and prevented from attending to her necessary affairs and business.

**WHEREFORE**, the plaintiff, **DAWN MALAKUSKIE**, demands judgment against the defendants, **JOHN DOES 1-10** and **ABC CORPORATIONS 1-10**, individually, jointly and severally and in the alternative for damages, interest and costs of suit.

## FIFTH COUNT

1.      Plaintiff, **DAWN MALAKUSKIE**, repeats and realleges the allegations of the First, Second, Third and Fourth Counts of the Complaint as if more fully set forth at length herein.

2.      The plaintiff herein alleges that there was a breach of *N.J.S.A.* 39:4-1, *et seq.* and other regulations and that constitutes a statutory tort.

**WHEREFORE**, the plaintiff, **DAWN MALAKUSKIE** demands judgment against the defendants, **BO R. LEE, PERFECT TRADING, INC., JOHN DOES 1-10 & ABC CORPORATIONS 1-10**, jointly, severally, or in the alternative for damages, interest and costs of suit.

## JURY DEMAND

Plaintiff puts all parties on notice of a demand for trial by jury as to all issues.

4

## DESIGNATION OF TRIAL COUNSEL

Plaintiff hereby designates JESSICA R. BLAND, Esq. as trial counsel in the above captioned litigation pursuant to *Rule* 4:25-4.

## CERTIFICATION OF NO OTHER ACTIONS

The undersigned hereby certifies that this matter is not the subject matter of any other suit, pending or contemplated, in any other court or arbitration proceeding.

## NOTICE TO PRODUCE DOCUMENTS

Pursuant to *Rule* 4:18-1, the plaintiff hereby demands that each of the defendants produce the following documentation within thirty-five (35) days as prescribed by the Rules of Court. Additionally, please be advised that the following requests are ongoing and continuing in nature and the defendants are therefore required to continuously update its response thereto as new information or documentation comes into existence.

1.      Copies or duplicates of any and all photographs, motion pictures, video, films, drawings, diagrams, sketches or other reproductions, descriptions or accounts concerning the individuals involved in the incident in question, the property damage sustained, the accident scene, or anything else relevant to the incident in question. Original digital media should be emailed (unedited, uncompressed in the original file format) to jbland@njlawyers.com and uabbas@njlawyers.com

2.      Copies of any recordings, whether by mechanical or electronic means, of any statements made by any party to this action, any witness, or any other individual, businesses, corporation, investigative authority or other entity concerning anything relevant to the crash in question.

3.      Copies of all signed or unsigned statements, documents, communications, and/or transmissions, whether in writing, made orally or otherwise recorded by any mechanical or electronic means, made by any party to this action, any witness, or any other individual, businesses, corporation, investigative authority or other entity concerning anything relevant to the incident in question.

4.      Copies of any and all documentation, including but not limited to, safety manuals, statutes, rules, regulations, books, and/or industry standards which refer to, reflect or otherwise relate to the incident in question or any potential defense to the action in question.

5.      Copies of any and all discovery received from any other parties to the action in question.

5

6.      Copies of any and all reports on the plaintiff received by the defendants, or any other party to this suit, from either the Central Index Bureau (C.I.B), I.S.O. ClaimSearch or from any other source.

7.      Copies of any and all medical information and/or documentation concerning the plaintiff in this matter whether it concerns any medical condition of the plaintiff in this matter; whether it concerns any medical condition or treatment which took place before, during or after the time of the incident in question.

8.      Copies of any and all records of any type subpoenaed by the defendants BO R. LEE and PERFECT TRADING, INC. or received from any other source concerning the plaintiff or the incident in question.

9.      A list of all passengers in defendant BO R. LEE'S vehicle, including names, relationship to defendant, address on September 24, 2019 and whether or not the individual is represented by counsel in this matter.

10.     A list of all cell phone numbers used by defendant BO R. LEE on September 24, 2019 as well as the carriers providing service for said line.

11.     A list of all resident relatives of defendant BO R. LEE on September 24, 2019.

12.     A list of all vehicles registered to defendant BO R. LEE'S residence on September 24, 2019.

13.     A corresponding list of all insurance policies covering the vehicles listed in response to NTP #13.

14.     Any and all treaties, articles, medical journals, literature or other documents which defense intends to rely upon at the time of trial in defending the claim of damages.

## NOTICE TO PRODUCE INSURANCE INFORMATION PURSUANT TO RULE 4:10-2(b) TO PRIMARY INSURANCE POLICIES, AND EXCESS/UMBRELLA POLICIES

1.      Pursuant to Rule 4:10-2(b), demand is made that each of the Defendants disclose to the undersigned whether any insurance agreements or policies exist under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment. This demand includes and covers not only primary coverage, but also any umbrella, excess, catastrophe policies, without limitation.

6

2.      Pursuant to Rule 4:10-2(b), demand is further made that a copy of each applicable policy and/or agreement be provided to the undersigned including the policy/agreement number, name and address of insurer or issuer, coverage dates, names and addresses of all persons insured thereunder, personal injury limits, property damage limits, and medical payments limits.

## DEMAND FOR ANSWER TO UNIFORM FORM (C) AND C(1) INTERROGATORIES

Demand is hereby made upon each of the defendants to answer fully and responsively Form C and Form C(1) Uniform Interrogatories, found in Appendix II as provided by Rule 4:17-1(b)(ii) and other applicable Rules of Court.

LEVINSON AXELROD, P.A.
*Attorneys for the Malakuskie Plaintiffs*

JESSICA R. BLAND, Esq.

Dated: August 14, 2021

7

Exhibit C

# New Jersey Police Crash Investigation Report

**NJTR-1 (Rev. 01/17)**

| | |
|---|---|
| 1 Case Number | DD30-2019-03449A |
| 2 Police Dept | STATE POLICE  Code 02 |
| 3 Station/Precinct | NEWARK |
| 4 Date of Crash | mm 09 dd 24 yy 19 |
| 5 Day of Week | Tu |
| 6 Time (use 2400 hrs.) | 0927 |
| 7 Municipality Code | 0714 |
| 8 Total Killed | - |
| 9 Total Injured | 02 |
| 10 Crash Occurred On | NJTP INT 14 IE  Dir E |
| 11 Speed Limit | 5 5 |
| 12 Route No. | |
| 13 Milepost | 1 0 4 . 7 0 |
| 20 Route/Name | - 7 4 . 1 5 5 7 9 |
| 21 Latitude | 4 0 . 7 0 7 6 1 |

### Vehicle 1
| | |
|---|---|
| 23 Veh No. | V1 |
| 24 Policy No. | A0052839002 |
| 25 Ins Code | 99 |
| 26 Driver's First Name | BO  Initial R  Last Name LEE |
| 29 Sex | M |
| 27 Number & Street | 120 ELIZABETH ST, APT. 3B |
| 28 City | NEW YORK  State NY  Zip 10013 |
| 30 Eyes | 02 |
| DL Class | A |
| 31 State | NY |
| 32 Driver's License Number | L05156121530921507 |
| 33 DOB | mm 03 dd 13 yy 76 |
| 34 Expires | mm 03 yy 21 |
| 35 Owners First Name | PERFECT  TRAINING INC  ☒ Same As Driver |
| 36 Number & Street | 808 BAY RIDGE AVE |
| 37 City | BROOKLYN  State NY  Zip 11220 |
| 38 Make | KW |
| 39 Model | TRUCK |
| 40 Color | WHI |
| 41 Year | 2005 |
| 42 Plate No. | 77608PCL |
| 43 State | NY |
| 44 VIN | 1XKDDB9XX5J 103305 |
| 45 Expires | 09 19 |

### Vehicle 2
| | |
|---|---|
| 53 Veh No. | V2 |
| 54 Policy No. | 909882414 |
| 55 Ins Code | 054 |
| 56 Driver's First Name | DAWN  Initial M  Last Name MALAKUSKIE |
| 59 Sex | F |
| 57 Number & Street | 417 BIRCHWOOD RD |
| 58 City | LINDEN  State NJ  Zip 07036 |
| 60 Eyes | 05 |
| DL Class | D |
| Restrictions | NONE |
| Endorsements | |
| 61 State | NJ |
| 62 Driver's License Number | M0233  15774  51735 |
| 63 DOB | mm 01 dd 04 yy 73 |
| 64 Expires | mm 01 yy 22 |
| 65 Owner's First Name | ☒ Same As Driver |
| 68 Make | MERZ |
| 69 Model | C300 |
| 70 Color | RED |
| 71 Year | 2014 |
| 72 Plate No. | 1LIEBE |
| 73 State | NJ |
| 74 VIN | WDDSJ4GBXEN153831 |
| 75 Expires | 11 19 |

### Vehicle 1 (continued)
| | |
|---|---|
| 46 Vehicle Removed To | ☒ Driven  ☐ Towed Disabled  ☐ Towed Disabled & Impounded  ☐ Left at Scene  ☐ Towed Impounded |
| 47 Authority | ☐ Owner  ☒ Driver  ☐ Police |
| 48 Alcohol Drug Test | Given: ☒ No  ☐ Yes  ☐ Refused |
| Type: | ☐ Breath  ☐ Blood  ☐ Urine |
| Results: | 0.___ %  ☐ Pending |
| 49 Hazardous Material | ☒ None  ☐ On Board  ☐ Spill  Hazard Class ___ Placard No. ___ |
| 50 Carrier No. | ☒USDOT  199683  ☐ None  ☐ MC/MX |
| 51 GVWR / GCWR (trucks & buses only) | ☐ ≤ 10,000 lbs  ☐ 10,001 - 26,000 lbs  ☒ ≥ 26,001 lbs |
| 52 Motor Carrier or Government Entity | PERFECT TRAINING INC |
| Number & Street | 808 BAY RIDGE AV |
| City | BROOKLYN  State NY  Zip 11220 |

### Vehicle 2 (continued)
| | |
|---|---|
| 76 Vehicle Removed To | ☒ Driven  ☐ Towed Disabled  ☐ Towed Disabled & Impounded  ☐ Left at Scene  ☐ Towed Impounded |
| 77 Authority | ☒ Owner  ☐ Driver  ☐ Police |
| 78 Alcohol Drug Test | Given: ☒ No  ☐ Yes  ☐ Refused |
| Type: | ☐ Breath  ☐ Blood  ☐ Urine |
| Results: | 0.___ %  ☐ Pending |
| 79 Hazardous Material | ☐ None  ☐ On Board  ☐ Spill  Hazard Class ___ Placard No. ___ |
| 80 Carrier No. | ☐USDOT  ☒None  ☐ MC/MX |
| 81 GVWR / GCWR (trucks & buses only) | ☐ ≤ 10,000 lbs  ☐ 10,001 - 26,000 lbs  ☐ ≥ 26,001 lbs |
| 82 Motor Carrier or Government Entity | |

**135 Damage To Other Property**

| Oper. | 136 Charge | 137 Summons No. | Oper. | 138 Charge | 139 Summons No. |
|---|---|---|---|---|---|
| Oper. | 140 Charge | 141 Summons No. | Oper. | 142 Charge | 143 Summons No. |

### Names & Addresses of Occupants - if Deceased, Date & Time of Death

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | V1 | 01 | 01 | 05 | 43 | M | - | - | | 04 | 04 | - | - | BO RU LEE  120 ELIZABETH ST, APT. 3B, NEW YORK, NY 10013 |
| B | V2 | 01 | 01 | 04 | 46 | F | 01 | 08 | 1 | 11 | 04 | - | - | DAWN M MALAKUSKIE  417 BIRCHWOOD RD, LINDEN, NJ 07036 |
| C | V2 | 01 | 01 | 04 | 46 | F | 01 | 08 | 1 | 11 | 04 | - | - | DAWN MALAKUSKIE  417 BIRCHWOOD RD, LINDEN, NJ 07036 |
| D | | | | | | | | | | | | | | |

NJTR-1 (Rev. 01/17)

6330

| New Jersey Police<br>Crash Investigation Report | Case Number<br>D030-2019-03449A | Page __2__ of __3__ |
| --- | --- | --- |

145. Crash Description/Narrative

Driver #1 stated in effect: I was driving straight and the car cut me off.

Driver #2 stated in effect: I was merging going towards Hoboken and the truck hit me.

Investigation revealed: Vehicle #1 and vehicle #2 were both traveling eastbound on the NJTP Int 14 Inside Entry. Vehicle #1 was traveling straight from the toll plaza. Driver #2 failed to observe vehicle #1 to its left and improperly merged striking the vehicle. Both vehicles sustained minor damage and driver #2 had complaint of head pain.

Vehicle #1 trailer registration ME 3018805 Vin:LJRC4626561025266

Page #1, Box #25: SENTRY INSURANCE MUTUAL
Page #1, Box #96: TRAFFIC CONE
Page #1, Box #119a: IMPROPER MERGING
Page #1, Box #124: TOLL PLAZA
Page #1, Box #125: TOLL PLAZA

NJTR-1A (Rev. 01/17)

| New Jersey Police<br>Crash Investigation Report | Case Number<br>D030-2019-03449A | Page __3__ of __3__ |
| --- | --- | --- |

144. Crash Diagram

NJTP INT 14 IE
NEWARK - ESSEX COUNTY

TOLL PLAZA

P.O.I.

Not To Scale

| 146. Officer's Signature<br>*Demetrie Ross*<br>TPR. D E GOSA | 147. Badge #<br>7621 | 148. Reviewer<br>SD | Badge #<br>7190 | 149. Case Status<br>☐ Pending ☒ Complete |
| --- | --- | --- | --- | --- |

NJTR-1 (Rev. 01/17)

# Exhibit D

September 14, 2021 | 2:30 pm

**COVID-19 Vaccines**

On August 23, the FDA announced the full approval of the Pfizer-BioNTech vaccine for the prevention of COVID-19 disease in individuals age 16 and older. Read more.

DETAILS >

# Department of State
## Division of Corporations

## Entity Information

| Return to Results | Return to Search |
|---|---|

Entity Details

**ENTITY NAME:**
PERFECT TRADING INC.

**DOS ID:**
4886782

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:**
DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:**
402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:**
Active

**DATE OF INITIAL DOS FILING:**
01/27/2016

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:**
01/27/2016

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:**
PAST DUE DATE

**COUNTY:**
Kings

**NEXT STATEMENT DUE DATE:**
01/31/2018

**JURISDICTION:**
New York, United States

**NFP CATEGORY:**

ENTITY DISPLAY

Service of Process Name and Address

**Name:** THE CORPORATION

**Address:** 808 BAY RIDGE AVENUE, BROOKLYN, NY, United States, 11220

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Name and Address

**Name:**

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** No

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    :
                                : S.S.
COUNTY OF BERGEN       :

        Dana Riccio, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in New Jersey.

        On September 17, 2021, deponent served with the within Notice of Filing and Notice of Removal via e-file on:

Clerk of the United States District Court
for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Middlesex County Courthouse
56 Paterson Street
Middlesex, New Jersey  08903

and via e-file, facsimile & certified mail on:

Jessica R. Bland, Esq.
Levinson Axelrod, P.A.
2 Lincoln Highway
P.O. Box 2905
Edison, New Jersey 08818
7017262000019579840
**Attorney for Plaintiff**

_(signature)_
—————————————————
DANA RICCIO

Sworn to and subscribed before me
this 17th day of September, 2021

_(signature)_
—————————————————
E. Michael Garrett, Jr. (8913)
Attorney at Law, State of New Jersey